IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY PEREZ                                                                                                PLAINTIFF

V.                                        NO.  1:06cv00002 SWW

CORRECTIONAL MEDICAL SERVICES, INC.                                          DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant's motion for summary judgment (docket entry #14) is hereby granted.  Judgment shall be entered dismissing this case, with prejudice.

IT IS SO ORDERED this 26th day of SEPTEMBER 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE